ATLANTA, KNOXVILLE & NORTHERN RAILWAY CO. *v.* WHITAKER.

LITTLE, J. 1. Failure to serve a writ of certiorari upon the officer whose decision is sought to be reviewed, "fifteen days previous to the court to which the return is to be made," is cause for dismissing the certiorari, unless the plaintiff therein makes it clearly to appear that the failure to serve was not due to his fault or negligence. *Zachery* v. *State*, 106 *Ga.* 123.

2. Where, because of such failure, the answer of the magistrate, though filed, was not made at the term to which the same was returnable, the certiorari will be dismissed. Aliter, if, notwithstanding the failure to serve the writ, the magistrate does answer in due time.

3. In the case of *Crapp* v. *Morris*, 108 *Ga.* 793, the sole ground of the motion to dismiss was the failure to serve the magistrate, who nevertheless had filed an answer, and the point was not made that the same was not filed in due time.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 7, 1902.

Certiorari. Before Judge Gober. Gilmer superior court. October 15, 1901.

*Smith, Hammond & Smith* and *J. P. Perry*, for plaintiff in error. *C. D. Phillips*, contra.